IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., FOR THE BENEFIT OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>        Plaintiff,<br>   v.<br><br>ANDRES M. AMIL, II, DIANE D. AMIL.,<br><br>        Defendants.<br>_____/ | No. C 12-05522 RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND ACTION** |

This matter was filed as an unlawful detainer in Contra Costa Superior Court. Appearing *in pro* se, defendant Andres Amil filed a notice of removal, asserting a right to do so on the basis of both diversity of citizenship and purported federal questions. Upon removal, the action was randomly assigned to a magistrate judge. The magistrate judge issued a Report and Recommendation that the matter be remanded to state court for lack of a jurisdictional basis to support the removal. The matter was then reassigned to the undersigned for disposition.

The time for objecting to the Report and Recommendation has expired and no objections have been filed. For the reasons explained in the Report and Recommendation, removal jurisdiction based on federal question is absent. As further explained in the Report and Recommendation, courts have held that the "amount in controversy" in unlawful detainer actions is only the damages incident to the alleged wrongful possession, and under that analysis, the $75,000 minimum threshold is not satisfied here. *See Litton Loan Servicing, L.P. v. Villegas*, No. C 10-05478 PJH, 2011 WL 204322, at*2 (N.D. Cal. Jan. 21, 2011) (quoting *Evans v. Superior Ct.*, 67 Cal. App. 3d 162, 170 (1977)).

Moreover, even assuming the value of the real property should be considered in determining the amount in controversy, defendants are citizens of California and therefore are not entitled to removal on diversity grounds. *See* 28 U.S.C. § 1441(b)(2). (A civil action "removable solely on the basis of the jurisdiction under section 1332(a) . . . may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.") Accordingly, this action is hereby remanded to Contra Costa Superior Court.

IT IS SO ORDERED.

Dated: 3/25/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Andres M. Amil, II**

103 Ellison Lane

Richmond, CA 94801

DATED:  3/25/13

/s/ Chambers Staff

Chambers of Judge Richard Seeborg